**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY SCHWARTZ**, <br><br> Plaintiff, <br> vs. <br><br> **SUPPLY NETWORK, INC., d/b/a Viking SupplyNet**, a foreign corporation, <br><br> Defendant. | Case No.: 1:23-cv-14319 <br><br> District Judge Hon. Georgia N. Alexakis <br><br> Magistrate Judge Hon. Beth W. Jantz |

**JOINT STATUS REPORT**

Pursuant to the Court's January 7, 2025 MINUTE entry that "[t]he parties are directed to file a status report by 3/7/25 regarding their settlement efforts," Plaintiff Jeffrey Schwartz and Defendant Supply Network, Inc. file this Joint Status Report.

1. The parties participated in a settlement conference before The Honorable Beth J. Jantz, United States Magistrate Judge, on March 4, 2025. As reflected in the Court's MINUTE entry describing the conference, the "[p]arties reached a binding settlement [and] memorialized the confidential settlement terms on the record." Dkt. # 94. The MINUTE entry further provides that "Defendant to provide a draft settlement agreement to Plaintiff by 3/14/25" and sets a telephonic status hearing on May 14, 2025 at 10:30 a.m. *Id.*

2. Defendant's counsel is preparing the draft settlement agreement and intends to provide a copy of it to Plaintiff's counsel on or before the March 14, 2025 deadline.

| | |
|---|---|
| Dated: March 7, 2025 | *Respectfully submitted,* |
| JEFFREY SCHWARTZ | SUPPLY NETWORK, INC. |
| */s/ Andres Pereira* | */s/ Jody Kahn Mason (with consent)* |
| Andres Pereira | Jody Kahn Mason |
| David Bizar | Gabriela G. Kawiecki |
| DJC Law, PLLC | JACKSON LEWIS |
| 1012 W Anderson Ln | 150 North Michigan Avenue |
| Austin, TX 78757 | Suite 2500 |
| (512) 220-1800 | Chicago, IL 60601 |
| dbizar@teamjustice.com | Telephone: 312.787.4949 |
| | Jody.mason@jacksonlewis.com |
| Samuel L. Eirinberg | Gabriela.Kawiecki@jacksonlewis.com |
| DJC Law, PLLC | |
| 140 South Dearborn Street | |
| Suite 1610 | |
| Chicago, IL 60603 | |
| Telephone: 872.804.3400 | |
| sam@teamjustice.com | |