**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY SCHWARTZ**, <br><br> Plaintiff, <br><br> vs. <br><br> **SUPPLY NETWORK, INC., d/b/a Viking SupplyNet**, a foreign corporation, <br><br> Defendant. | Case No.: 1:23-cv-14319 <br><br> District Judge Hon. Georgia N. Alexakis <br><br> Magistrate Judge Hon. Beth W. Jantz |

**JOINT STATUS REPORT**

Pursuant to the Court's January 7, 2025 MINUTE entry that "[t]he parties are directed to file a status report by 3/7/25 regarding their settlement efforts," Plaintiff Jeffrey Schwartz and Defendant Supply Network, Inc. file this Joint Status Report.

1.      The parties participated in a settlement conference before The Honorable Beth J. Jantz, United States Magistrate Judge, on March 4, 2025. As reflected in the Court's MINUTE entry describing the conference, the "[p]arties reached a binding settlement [and] memorialized the confidential settlement terms on the record." Dkt. # 94. The MINUTE entry further provides that "Defendant to provide a draft settlement agreement to Plaintiff by 3/14/25" and sets a telephonic status hearing on May 14, 2025 at 10:30 a.m. *Id.*

2.      Defendant's counsel is preparing the draft settlement agreement and intends to provide a copy of it to Plaintiff's counsel on or before the March 14, 2025 deadline.

1

Dated: March 7, 2025                                            *Respectfully submitted,*

JEFFREY SCHWARTZ                                          SUPPLY NETWORK, INC.

*/s/ David Bizar*                                               */s/ Jody Kahn Mason (with consent)*
David Bizar                                                    Jody Kahn Mason
DJC Law, PLLC                                                  Gabriela G. Kawiecki
1012 W Anderson Ln                                             JACKSON LEWIS
Austin, TX 78757                                               150 North Michigan Avenue
(512) 220-1800                                                 Suite 2500
dbizar@teamjustice.com                                         Chicago, IL 60601
                                                               Telephone: 312.787.4949
Samuel L. Eirinberg                                            Jody.mason@jacksonlewis.com
DJC Law, PLLC                                                  Gabriela.Kawiecki@jacksonlewis.com
140 South Dearborn Street
Suite 1610
Chicago, IL 60603
Telephone: 872.804.3400
sam@teamjustice.com

2