# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jeffrey Schwartz

                          Plaintiff,

v.                                                 Case No.: 1:23−cv−14319
                                                    Honorable Georgia N Alexakis

Supply Network, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report [95, 96], which reports that defendant's counsel intends to provide a draft settlement agreement to plaintiff's counsel by 3/14/25. Another joint status report regarding the parties' settlement efforts is due by 5/21/25, although the Court will vacate that deadline if a stipulation of dismissal is filed beforehand. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.